# Court of Appeals
# of the State of Georgia

ATLANTA,  April 06, 2026

*The Court of Appeals hereby passes the following order:*

## A26O0002. VICTOR OSWALD ROBINSON, JR. v. THE STATE.

Victor Oswald Robinson, Jr., filed an original mandamus petition to the Supreme Court of Georgia, seeking to have the trial court rule on several pre-trial pro se motions in his criminal case. The Supreme Court transferred the case here. See Case No. S26O0834 (Mar. 17, 2026). We, however, lack jurisdiction.

As the Supreme Court recently explained, "it will be an 'extremely rare' circumstance that would require a party to seek a writ of mandamus [or prohibition] in [an appellate court] in the first instance, given that superior court judges have the power to issue process in the nature of mandamus [or prohibition] against other superior court judges or trial court officials." *Arnold v. Alexander*, 321 Ga. 330, 335(1) n.6 (914 SE2d 311) (2025). Rather, the procedure to be followed before seeking to invoke this Court's original jurisdiction is to file the petition in the appropriate lower court first. Id. This is not one of the extremely rare instances in which this Court will exercise its original jurisdiction.

As there is no indication Robinson petitioned the superior court for a writ of mandamus, there is no basis for this Court to exercise its jurisdiction. Accordingly, this original petition is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* ___04/06/2026___

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*